```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANUEL JIMENEZ, et al.,

                        Plaintiff,

          - against -

GLM ASSOCIATES, INC., et al.,

                       Defendants.
-------------------------------------------------------------X

22-CV-8301 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants' request for a protective order governing confidential information (Dkt. 20) is denied without prejudice. All materials exchanged in connection with the settlement conference pertaining to Defendants' finances shall be maintained as confidential and used only for purposes of this litigation.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2023
         New York, New York

Copies transmitted this date to all counsel of record.

1