```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANUEL JIMENEZ, et al.,

                      Plaintiff,

           - against -

GLM ASSOCIATES, INC., et al.,

                      Defendants.
-------------------------------------------------------------X

22-CV-8301 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By **February 27, 2023**, the parties shall file the settlement agreement, along with a letter explaining why the settlement terms are fair and reasonable as required by *Cheeks v. Freeport Pancake House* and its progeny.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: February 10, 2023
         New York, New York

Copies transmitted this date to all counsel of record.