Case 1:22-cv-08301-RWL   Document 31   Filed 02/28/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2023

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

February 27, 2023

**Via ECF**

Hon. Robert W. Lehrburger, USMJ
United States District Court, EDNY
500 Pearl Street
New York, NY 10007-1312

<u>Re: Jimenez v. GLM Associates, Inc. et al</u>
Case No. 22-CV-08301 (RWL)
**Motion for Extension of Time**

Dear Magistrate-Judge Lehrburger:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the February 27, 2023 deadline for plaintiff to file his motion for settlement approval. This request is being made because defense counsel asked my office today to "pls file a letter with the court asking for 14 day extensions for the parties to complete the settlement agreement." No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    Defense Counsel via ECF

Request granted. Deadline for filing settlement papers is extended to March 14, 2023.

SO ORDERED:

2/28/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1